UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Larry Larue Lipscomb,

Plaintiff,

v.

Longfellow, St. Paul Police Officer,
et al, City of St. Paul,

Defendants.

Civil No. 01-164 JMR/FLN

**ORDER**

---

Daniel A. Webber, Esq., for Plaintiff.
Gail L. Langfield, Esq., St. Paul City Attorney's Office, for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on January 7, 2002, on Defendant's Motion to Compel and/or Sanctions Pursuant to Rule 37(d) [#9]. Despite this Courts efforts to contact the attorney of record, no appearance was made by Mr. Webber on behalf of Mr. Lipscomb.

Based upon the files, records, and proceedings herein, Motion to Compel and/or Sanctions Pursuant to Rule 37(d) [#9] is **GRANTED in part** and **DENIED in part**, as follows:

1. To the extent the Motion seeks to compel discovery it is **GRANTED**. Said discovery must be produced on or before January 22, 2002;

2. To the extent the Motion seeks sanctions it is **GRANTED**. Attorney, Daniel A. Webber will personally remit Defendants fees and cost incurred in bringing this Motion. Defendants' attorney will submit an affidavit detailing said costs and fees to the Court on or before January 22, 2002.

3. To the extent the Motion seeks to dismiss this case, it is **DENIED**.

DATED: January 15, 2002

FRANKLIN L. NOEL
Chief Magistrate Judge

JAN 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK