UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Larry Larue Lipscomb,

Plaintiff,

v.

Longfellow, St. Paul Police Officer, et al., City of St. Paul,

Defendants.

Civil No. 01-164 JMR/FLN

**ORDER**

---

Daniel A. Webber, Esq., for Plaintiff.
Gail L. Langfield, Esq., St. Paul City Attorney's Office, for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on July 15, 2002, on Defendants' Motion For Order to Show Cause [#15], or in the alternative, for Sanctions Pursuant to Rule 37(d) [#16]. Despite this Court's efforts to contact Mr. Webber, Plaintiff's Attorney of Record, he made no appearance on behalf of his client.

Based upon the files, records, and proceedings herein, it is **HEREBY ORDERED** that:

1. Defendants' Motion For Order to Show Cause [#15] is **GRANTED**. Plaintiff and his Attorney of Record, Mr. Webber, shall personally appear before this Court on August 26, 2002, at 9:00 a.m., and show cause why this action should not be dismissed and why they should not be held in civil contempt for: (1) failing to appear on June 25, 2002, to participate in the final pretrial and settlement conference; and (2) failing to respond to discovery as ordered by this Court on January 18, 2002;

2. In light of this Court's ruling, Defendants' Motion for Sanctions Pursuant to Rule 37(d) [#16] is **DENIED**.

DATED: July 18, 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

JUL 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK